# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE, WASHINGTON

| | |
|---|---|
| GAYLEN BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | Case No. 2:19-cv-00746-RSM<br><br>FIRST AMENDED ORDER SETTING TRIAL DATE AND RELATED DATES |

Upon stipulation by all parties, through their counsel, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED and ADJUDGED that the Stipulation and [Proposed] First Amended Order Setting Trial Date and Related Dates is GRANTED, and this case shall be amended as follows:

| | |
|---|---|
| JURY TRIAL DATE | September 28, 2020 |
| Length of Trial | 5 days |
| Deadline for joining additional parties | November 1, 2019 |
| Deadline for amending pleadings | November 1, 2019 |

STIPULATED MOTION AND ORDER TO EXTEND STAY TO APRIL 10, 2020 -1

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 1, 2020 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 1, 2020 |
| Discovery completed by | July 1, 2020 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | August 14, 2020 |
| All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | August 31, 2020 |
| Agreed pretrial order due | September 16, 2020 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due | September 23, 2020 |

SO ORDERED this 20th day of March 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE